```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Adrian Fijolek**

    **v.**                                                 Case No. 10-cv-566-PB

**United States of America**

### O R D E R

On January 14, 2011, I denied petitioner's motion to vacate sentence under 28 U.S.C. § 2255 for the reasons stated in the record. Accordingly, because I determine that plaintiff has failed to make a substantial showing of the denial of a constitutional right, I decline to issue a certificate of appealability.

    SO ORDERED.

                                                /s/Paul Barbadoro  
                                                Paul Barbadoro  
                                                United States District Judge

January 20, 2011

cc:  Paul M. Glickman, Esq.  
     Aixa Maldonado-Quinones, AUSA  
     United States Marshal  
     United States Probation